

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596      FEB 26 2015
MAILED FROM ZIP CODE 78701

$ 00.40⁶

IN HOUSTON
TX 773

RETURN TO SENDER

2015 MAR -9  PM 12: 52

RECEIVED
ELLIS COUNTY
SHERIFF'S OFFICE

RE: WR-82,557-01        NTC

MICHAEL ROMERO
＿＿＿＿ - TDC # 1629810
RELEASED
Sheriff Johnny Brown